| Thomas Jefferson University | Pay Group: | UBI-TJU Biweekly | Business Unit: | 030 |
|---|---|---|---|---|
| 11th & Walnut Street | Pay Begin Date: | 11/19/2023 | Advice #: | **000000012128408** |
| Philadelphia, PA  19107-5587 | Pay End Date: | 12/02/2023 | Advice Date: | 12/08/2023 |

| | | | TAX DATA: | **Federal** | **PA State** |
|---|---|---|---|---|---|
| **Michele Wass** | Employee ID: | 000125999 | Marital Status: | Single | Single |
| 918 Morris Street, Philadelphia, PA, USA | Department: | 03083000-Public Relations | Allowances: | N/A | 0 |
| Philadelphia, PA  19148 | Location: | Jefferson Center | Addl. Pct: | N/A | |
| | Job Title: | Marketing Professional-Interm | Addl. Amt: | | |
| | Pay Rate: | $37.770298 Hourly | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 37.770298 | 72.00 | 2,719.46 | 1,744.00 | 65,818.54 |
| Holiday | 37.770298 | 8.00 | 302.16 | 56.00 | 2,106.32 |
| WellCredit | | | 15.00 | | 375.00 |
| TimeOffSch | | 0.00 | | 200.00 | 7,527.64 |
| **TOTAL:** | | **80.00** | **3,036.62** | **2,000.00** | **75,827.50** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 317.75 | 7,925.42 |
| Fed MED/EE | 43.19 | 1,078.49 |
| Fed OASDI/EE | 184.68 | 4,611.46 |
| PA Unempl EE | 2.13 | 53.08 |
| PA Withholding | 90.79 | 2,267.05 |
| PA PHILADELPHIA Wit | 113.87 | 2,859.27 |
| **TOTAL:** | **752.41** | **18,794.77** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 68.27 | 1,706.75 |
| Dental | 8.02 | 200.50 |
| Vis | 2.91 | 72.75 |
| DC Pension | 181.30 | 4,527.22 |
| **TOTAL:** | **260.50** | **6,507.22** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| BenefitPlus | 68.74 | 1,859.86 |
| FacialPlas | 38.40 | 307.20 |
| **TOTAL:** | **107.14** | **2,167.06** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| EE STD* | 15.19 | 379.31 |
| Basic LTD* | 6.07 | 151.58 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,036.62 | 2,797.38 | 752.41 | 367.64 | 1,916.57 |
| YTD | 75,827.50 | 69,851.17 | 18,794.77 | 8,674.28 | 48,358.45 |

### NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000012128408 | Checking | 1,916.57 |
| **TOTAL:** | | **1,916.57** |

**MESSAGE:**

**Thomas Jefferson University**       **Date: 12/08/2023**       **Advice No. 12128408**
11th & Walnut Street
Philadelphia, PA  19107-5587

**Deposit Amount:**   <u>**$1,916.57**</u>

**To The Account Of**

**MICHELE WASS**
918 Morris Street, Philadelphia, PA, USA
Philadelphia, PA  19148

Location: Jefferson Center

# NON-NEGOTIABLE

| Thomas Jefferson University<br>11th & Walnut Street<br>Philadelphia, PA  19107-5587 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | UBI-TJU Biweekly<br>12/03/2023<br>12/16/2023 | Business Unit:<br>Advice #:<br>Advice Date: | 030<br>000000012192631<br>12/22/2023 |
|---|---|---|---|---|

| | | TAX DATA: | **Federal** | PA State |
|---|---|---|---|---|
| **Michele Wass**<br>918 Morris Street, Philadelphia, PA, USA<br>Philadelphia, PA  19148 | Employee ID:  000125999<br>Department:  03083000-Public Relations<br>Location:  Jefferson Center<br>Job Title:  Marketing Professional-Interm<br>Pay Rate:  $37.770298 Hourly | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Single<br>N/A<br>N/A | Single<br>0 |

## HOURS AND EARNINGS

| | | ------- Current | --------- | ------ YTD | -------- |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 37.770298 | 80.00 | 3,021.62 | 1,824.00 | 68,840.16 |
| WellCredit | | | 15.00 | | 390.00 |
| TimeOffSch | | | 0.00 | 200.00 | 7,527.64 |
| Holiday | | | 0.00 | 56.00 | 2,106.32 |
| **TOTAL:** | | **80.00** | **3,036.62** | **2,080.00** | **78,864.12** |

## TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholdng | 317.75 | 8,243.17 |
| Fed MED/EE | 43.19 | 1,121.68 |
| Fed OASDI/EE | 184.68 | 4,796.14 |
| PA Unempl EE | 2.12 | 55.20 |
| PA Withholdng | 90.79 | 2,357.84 |
| PA PHILADELPHIA Wit | 113.87 | 2,973.14 |
| **TOTAL:** | **752.40** | **19,547.17** |

## BEFORE-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Medical | 68.27 | 1,775.02 |
| Dental | 8.02 | 208.52 |
| Vis | 2.91 | 75.66 |
| DC Pension | 181.30 | 4,708.52 |
| **TOTAL:** | **260.50** | **6,767.72** |

## AFTER-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| BenefitPlus | 68.74 | 1,928.60 |
| FacialPlas | 38.40 | 345.60 |
| **TOTAL:** | **107.14** | **2,274.20** |

## EMPLOYER PAID BENEFITS

| **Description** | **Current** | **YTD** |
|---|---|---|
| EE STD* | 15.19 | 394.50 |
| Basic LTD* | 6.07 | 157.65 |
| *TAXABLE | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 3,036.62 | 2,797.38 | 752.40 | 367.64 | 1,916.58 |
| YTD | 78,864.12 | 72,648.55 | 19,547.17 | 9,041.92 | 50,275.03 |

## NET PAY DISTRIBUTION

| | **Account Type** | **Deposit Amount** |
|---|---|---|
| Advice #000000012192631 | Checking | 1,916.58 |
| **TOTAL:** | | **1,916.58** |

**MESSAGE:**

**Thomas Jefferson University**
11th & Walnut Street
Philadelphia, PA  19107-5587

**Date: 12/22/2023**

**Advice No. 12192631**

**Deposit Amount:**  <u>**$1,916.58**</u>

**To The Account Of**

**MICHELE WASS**
918 Morris Street, Philadelphia, PA, USA
Philadelphia, PA  19148

Location: Jefferson Center

# NON-NEGOTIABLE

| Thomas Jefferson University | Pay Group: | UBI-TJU Biweekly | Business Unit: | 030 |
| 11th & Walnut Street | Pay Begin Date: | 12/17/2023 | Advice #: | **000000012236119** |
| Philadelphia, PA  19107-5587 | Pay End Date: | 12/30/2023 | Advice Date: | 01/05/2024 |

| | | | TAX DATA: | **Federal** | **PA State** |
| --- | --- | --- | --- | --- | --- |
| **Michele Wass** | Employee ID: | 000125999 | Marital Status: | Single | Single |
| 918 Morris Street, Philadelphia, PA, USA | Department: | 03083000-Public Relations | Allowances: | N/A | 0 |
| Philadelphia, PA  19148 | Location: | Jefferson Center | Addl. Pct: | N/A | |
| | Job Title: | Marketing Professional-Interm | Addl. Amt: | | |
| | Pay Rate: | $37.770298 Hourly | | | |

| HOURS AND EARNINGS | | | | | | | TAXES | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | ------- Current | | ------ YTD -------- | | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | | **Description** | **Current** | **YTD** |
| Regular | 37.770298 | 40.00 | 1,510.81 | 40.00 | 1,510.81 | | Fed Withholdng | 267.33 | 267.33 |
| TimeOffSch | 37.770298 | 32.00 | 1,208.65 | 32.00 | 1,208.65 | | Fed MED/EE | 40.93 | 40.93 |
| Holiday | 37.770298 | 8.00 | 302.16 | 8.00 | 302.16 | | Fed OASDI/EE | 175.02 | 175.02 |
| WellCredit | | | 15.00 | | 15.00 | | PA Unempl EE | 2.13 | 2.13 |
| | | | | | | | PA Withholding | 86.01 | 86.01 |
| | | | | | | | PA PHILADELPHIA Wit | 113.87 | 113.87 |
| **TOTAL:** | | **80.00** | **3,036.62** | **80.00** | **3,036.62** | | **TOTAL:** | **685.29** | **685.29** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Medical | 131.20 | 131.20 | BenefitPlus | 68.74 | 68.74 | EE STD* | 15.19 | 15.19 |
| Dental | 8.02 | 8.02 | FacialPlas | 38.40 | 38.40 | Basic LTD* | 6.07 | 6.07 |
| Vis | 5.82 | 5.82 | | | | | | |
| SpSmokePrm | 35.00 | 35.00 | | | | | | |
| WorkSpPrm | 55.00 | 55.00 | | | | | | |
| DC Pension | 181.30 | 181.30 | | | | | | |
| **TOTAL:** | **416.34** | **416.34** | **TOTAL:** | **107.14** | **107.14** | ***TAXABLE** | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
| --- | --- | --- | --- | --- | --- |
| Current | 3,036.62 | 2,641.54 | 685.29 | 523.48 | 1,827.85 |
| YTD | 3,036.62 | 2,641.54 | 685.29 | 523.48 | 1,827.85 |

| NET PAY DISTRIBUTION | | |
| --- | --- | --- |
| | **Account Type** | **Deposit Amount** |
| Advice #000000012236119 | Checking | 1,827.85 |
| **TOTAL:** | | **1,827.85** |

**MESSAGE:**

**Thomas Jefferson University**          **Date: 01/05/2024**          **Advice No. 12236119**
11th & Walnut Street
Philadelphia, PA  19107-5587

**Deposit Amount:**   **$1,827.85**

**To The Account Of**

**MICHELE WASS**
918 Morris Street, Philadelphia, PA, USA
Philadelphia, PA  19148

Location: Jefferson Center

# NON-NEGOTIABLE

| **Thomas Jefferson University** | Pay Group: | UBI-TJU Biweekly | Business Unit: | 030 |
| 11th & Walnut Street | Pay Begin Date: | 12/31/2023 | Advice #: | **000000012244691** |
| Philadelphia, PA  19107-5587 | Pay End Date: | 01/13/2024 | Advice Date: | 01/19/2024 |

| | | | TAX DATA: | **Federal** | **PA State** |
| **Michele Wass** | Employee ID: | 000125999 | Marital Status: | Single | Single |
| 918 Morris Street, Philadelphia, PA, USA | Department: | 03083000-Public Relations | Allowances: | N/A | 0 |
| Philadelphia, PA  19148 | Location: | Jefferson Center | Addl. Pct: | N/A | |
| | Job Title: | Marketing Professional-Interm | Addl. Amt: | | |
| | Pay Rate: | $38.903407 Hourly | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 38.903407 | 64.00 | 2,489.82 | 104.00 | 4,000.63 |
| TimeOffSch | 38.903407 | 8.00 | 311.23 | 40.00 | 1,519.88 |
| Holiday | 38.903407 | 8.00 | 311.23 | 16.00 | 613.39 |
| WellCredit | | | 15.00 | | 30.00 |
| **TOTAL:** | | **80.00** | **3,127.28** | **160.00** | **6,163.90** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 286.22 | 553.55 |
| Fed MED/EE | 42.26 | 83.19 |
| Fed OASDI/EE | 180.67 | 355.69 |
| PA Unempl EE | 2.18 | 4.31 |
| PA Withholding | 88.79 | 174.80 |
| PA PHILADELPHIA Wit | 117.27 | 231.14 |
| **TOTAL:** | **717.39** | **1,402.68** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 131.20 | 262.40 |
| Dental | 8.02 | 16.04 |
| Vis | 5.82 | 11.64 |
| SpSmokePrm | 35.00 | 70.00 |
| WorkSpPrm | 55.00 | 110.00 |
| DC Pension | 186.74 | 368.04 |
| **TOTAL:** | **421.78** | **838.12** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| BenefitPlus | 68.74 | 137.48 |
| FacialPlas | 0.00 | 38.40 |
| **TOTAL:** | **68.74** | **175.88** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| EE STD* | 15.64 | 30.83 |
| Basic LTD* | 6.25 | 12.32 |
| ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,127.28 | 2,727.39 | 717.39 | 490.52 | 1,919.37 |
| YTD | 6,163.90 | 5,368.93 | 1,402.68 | 1,014.00 | 3,747.22 |

### NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000012244691 | Checking | 1,919.37 |
| **TOTAL:** | | **1,919.37** |

**MESSAGE:**

**Thomas Jefferson University**
11th & Walnut Street
Philadelphia, PA  19107-5587

**Date: 01/19/2024**

**Advice No. 12244691**

**Deposit Amount:**  __$1,919.37__

**To The Account Of**

**MICHELE WASS**
918 Morris Street, Philadelphia, PA, USA
Philadelphia, PA  19148

Location: Jefferson Center

# NON-NEGOTIABLE

**Thomas Jefferson University**
11th & Walnut Street
Philadelphia, PA  19107-5587

| Pay Group: | UBI-TJU Biweekly |
|---|---|
| Pay Begin Date: | 01/14/2024 |
| Pay End Date: | 01/27/2024 |

| Business Unit: | 030 |
|---|---|
| Advice #: | **000000012283611** |
| Advice Date: | 02/02/2024 |

**Michele Wass**
918 Morris Street, Philadelphia, PA, USA
Philadelphia, PA  19148

| Employee ID: | 000125999 |
|---|---|
| Department: | 03083000-Public Relations |
| Location: | Jefferson Center |
| Job Title: | Marketing Professional-Interm |
| Pay Rate: | $38.903407 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Pct: | N/A | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 38.903407 | 72.00 | 2,801.05 | 176.00 | 6,801.68 |
| Holiday | 38.903407 | 8.00 | 311.23 | 24.00 | 924.62 |
| WellCredit | | | 15.00 | | 45.00 |
| TimeOffSch | | | 0.00 | 40.00 | 1,519.88 |
| **TOTAL:** | | **80.00** | **3,127.28** | **240.00** | **9,291.18** |

## TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholdng | 286.22 | 839.77 |
| Fed MED/EE | 42.25 | 125.44 |
| Fed OASDI/EE | 180.68 | 536.37 |
| PA Unempl EE | 2.19 | 6.50 |
| PA Withholdng | 88.79 | 263.59 |
| PA PHILADELPHIA Wit | 117.27 | 348.41 |
| **TOTAL:** | **717.40** | **2,120.08** |

## BEFORE-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Medical | 131.20 | 393.60 |
| Dental | 8.02 | 24.06 |
| Vis | 5.82 | 17.46 |
| SpSmokePrm | 35.00 | 105.00 |
| WorkSpPrm | 55.00 | 165.00 |
| DC Pension | 186.74 | 554.78 |
| **TOTAL:** | **421.78** | **1,259.90** |

## AFTER-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| BeneftPlus | 68.74 | 206.22 |
| FacialPlas | 0.00 | 38.40 |
| **TOTAL:** | **68.74** | **244.62** |

## EMPLOYER PAID BENEFITS

| **Description** | **Current** | **YTD** |
|---|---|---|
| EE STD* | 15.64 | 46.47 |
| Basic LTD* | 6.25 | 18.57 |
| *TAXABLE | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 3,127.28 | 2,727.39 | 717.40 | 490.52 | 1,919.36 |
| YTD | 9,291.18 | 8,096.32 | 2,120.08 | 1,504.52 | 5,666.58 |

## NET PAY DISTRIBUTION

| | **Account Type** | **Deposit Amount** |
|---|---|---|
| Advice #000000012283611 | Checking | 1,919.36 |
| **TOTAL:** | | **1,919.36** |

**MESSAGE:**

**Thomas Jefferson University**
11th & Walnut Street
Philadelphia, PA  19107-5587

**Date: 02/02/2024**

**Advice No. 12283611**

**Deposit Amount:**   <u>**$1,919.36**</u>

**To The Account
Of**

 **MICHELE WASS**
 918 Morris Street, Philadelphia, PA, USA
 Philadelphia, PA  19148

 Location: Jefferson Center

# NON-NEGOTIABLE

**Thomas Jefferson University**
11th & Walnut Street
Philadelphia, PA  19107-5587

| Pay Group: | UBI-TJU Biweekly |
| Pay Begin Date: | 01/28/2024 |
| Pay End Date: | 02/10/2024 |

| Business Unit: | 030 |
| Advice #: | **000000012331219** |
| Advice Date: | 02/16/2024 |

**Michele Wass**
918 Morris Street, Philadelphia, PA, USA
Philadelphia, PA  19148

| Employee ID: | 000125999 |
| Department: | 03083000-Public Relations |
| Location: | Jefferson Center |
| Job Title: | Marketing Professional-Interm |
| Pay Rate: | $38.903407 Hourly |

| TAX DATA: | Federal | PA State |
| --- | --- | --- |
| Marital Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Pct: | N/A | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| | | ------- Current | ---------- | ------ YTD | -------- |
| Description | Rate | Hours | Earnings | Hours | Earnings |
| --- | --- | --- | --- | --- | --- |
| Regular | 38.903407 | 80.00 | 3,112.27 | 256.00 | 9,913.95 |
| WellCredit | | | 15.00 | | 60.00 |
| TimeOffSch | | | 0.00 | 40.00 | 1,519.88 |
| Holiday | | | 0.00 | 24.00 | 924.62 |
| **TOTAL:** | | **80.00** | **3,127.27** | **320.00** | **12,418.45** |

## TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 286.22 | 1,125.99 |
| Fed MED/EE | 42.26 | 167.70 |
| Fed OASDI/EE | 180.67 | 717.04 |
| PA Unempl EE | 2.19 | 8.69 |
| PA Withholding | 88.79 | 352.38 |
| PA PHILADELPHIA Wit | 117.27 | 465.68 |
| **TOTAL:** | **717.40** | **2,837.48** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Medical | 131.20 | 524.80 |
| Dental | 8.02 | 32.08 |
| Vis | 5.82 | 23.28 |
| SpSmokePrm | 35.00 | 140.00 |
| WorkSpPrm | 55.00 | 220.00 |
| DC Pension | 186.74 | 741.52 |
| **TOTAL:** | **421.78** | **1,681.68** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| BenefitPlus | 68.74 | 274.96 |
| FacialPlas | 0.00 | 38.40 |
| **TOTAL:** | **68.74** | **313.36** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| EE STD* | 15.64 | 62.11 |
| Basic LTD* | 6.25 | 24.82 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 3,127.27 | 2,727.38 | 717.40 | 490.52 | 1,919.35 |
| YTD | 12,418.45 | 10,823.70 | 2,837.48 | 1,995.04 | 7,585.93 |

## NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
| --- | --- | --- |
| Advice #000000012331219 | Checking | 1,919.35 |
| **TOTAL:** | | **1,919.35** |

**MESSAGE:**

**Thomas Jefferson University**
11th & Walnut Street
Philadelphia, PA  19107-5587

**Date: 02/16/2024**

**Advice No. 12331219**

**Deposit Amount:** **$1,919.35**

**To The Account Of**

**MICHELE WASS**
918 Morris Street, Philadelphia, PA, USA
Philadelphia, PA  19148

Location: Jefferson Center

## NON-NEGOTIABLE