UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     MICHELE CHRISTINE WASS <br><br> Debtor | Chapter 13 <br> Bankruptcy No.24-10691-PMM |

CERTIFICATE OF SERVICE

    I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 4th day of September, 2024, by first class mail upon those listed below:

MICHELE CHRISTINE WASS
918 MORRIS ST
PHILADELPHIA, PA  19148-1112

**Electronically via CM/ECF System Only:**

CIBIK LAW, P.C.

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

                                            */s/ Kenneth E. West, Esq.*
                                            Kenneth E. West, Esq.
                                            Standing Chapter 13 Trustee