**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:                                                   Case No. 24-10691-PMM

Michele Christine Wass,                                  Chapter 13

                Debtor.

**Pre-Confirmation Certification of Compliance with Post-Petition Obligations
in Accordance With 11 U.S.C. § 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, counsel will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

4. The debtor(s) was/were duly questioned about the statements in this certification and supplied answers consistent with this certification.

Date: March 12, 2025

                                          CIBIK LAW, P.C.
                                          *Counsel for Debtor*

                                          By: _/s/ Michael A. Cibik_
                                          Michael A. Cibik (#23110)
                                          1500 Walnut Street, Suite 900
                                          Philadelphia, PA 19102
                                          215-735-1060
                                          mail@cibiklaw.com